IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 cr 08-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| SCOTT BRADDOCK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion to Dismiss Bill of Information as to Defendant Braddock (#74). In the motion, Thomas M. Kent, Assistant United States Attorney moves to dismiss charges in file 1:14cr08 as to the Defendant Scott Braddock. Counsel for Defendant has been consulted by the Assistant United States Attorney and counsel for Defendant has advised he does not object to the Government's motion. For good cause shown in the motion, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Dismiss Bill of Information as to Defendant Braddock (#74) is hereby **ALLOWED** and the charges against Defendant Braddock are hereby dismissed.

Signed: October 14, 2014

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge